NOTE:  This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**DOUGLAS J. MACNEILL,**
*Petitioner,*

**v.**

**MERIT SYSTEMS PROTECTION BOARD,**
*Respondent.*

---

2012-3175

---

Petition for review of the Merit Systems Protection Board in case no. DA0752110587-I-1.

---

**ON MOTION**

---

**O R D E R**

The Merit Systems Protection Board moves out of time for a 21-day extension of time, until December 17, 2012, to file its response brief.

Upon consideration thereof,

IT IS ORDERED THAT:

DOUGLAS MACNEILL V. MSPB                                        2

The motion is granted.

FOR THE COURT

 /s/ Jan Horbaly
Jan Horbaly
Clerk

s21